# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-16887-AMC

MARGARET A. PIATKOWSKI

3514 SUSSEX LANE

PHILADELPHIA, PA 19114-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    MARGARET A. PIATKOWSKI

    3514 SUSSEX LANE

    PHILADELPHIA, PA 19114-

Counsel for debtor(s), by electronic notice only.

    CHRISTOPHER G. CASSIE
    230 S. BROAD ST., SUITE 1400

    PHILADELPHIA, PA 19102-

Date: 1/14/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee