**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Margaret Piatkowski | : | |
| | : | |
| | : | Case No. 19-16887-AMC |
| | : | |
| | : | |
| Debtor | : | Chapter 13 |
| | : | |

**CERTIFICATE OF SERVICE**

I, Kim Y. Brand, Bankruptcy Legal Assistant at Spear Wilderman, P.C., hereby certify that the **Debtor's First Amended Chapter 13 Plan** was served on February 3, 2020, by First Class U.S. Mail to the follow parties on the attached service list:

/s/ Kim Y. Brand
Kim Y. Brand, Legal Assistant
SPEAR WILDERMAN, P.C.
Suite 1400, 230 S. Broad Street
Philadelphia, PA 19102
215-732-0101 (telephone)

## Service List

### Margaret Piatkowski  Case No19-16887-AMC

**Trustee:**

William C. Miller, Esquire
Chapter 13 Standing Trustee
P.O. Box 1229
Philadelphia, PA 19105

**Debtor**:
Ms. Margaret Piatkowski
3514 Sussex Lane
Philadelphia, PA 19114

**Creditors:**

Bank of America
390 Interlocken Crescent,
Suite 310
Broomfield, CO 80021

KML Law Group
701 Market Street
Suite 5000
Philadelphia, PA 19106

Water Revenue Bureau
1401 John F Kennedy Blvd
Room 580
Philadelphia, PA 19102