**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNYSLVANIA**

In Re:

**MARGARET PIATKOWSKI**

**Chapter 13**

**Debtor**                                    **Case No. 19-16887**

---

**WITHDRAW AND ENTRY OF APPEARANCE**

To the Clerk:

    Kindly withdraw my appearance on behalf of Darrel Chapman in the above referenced Chapter 13 case.

                                       BY: /s/ Christopher G. Cassie
                                             CHRISTOPHER G. CASSIE, ESQUIRE
                                             SPEAR WILDERMAN, P.C.
                                             230 S. Broad Street, Ste. 1400
                                             Philadelphia, PA  19102
                                             (215) 732-0101
                                             (215) 732-7790
                                             ccassie@spearwilderman.com

    Kindly enter my appearance on behalf of Darrel Chapman in the above referenced Chapter 13 case.

                                        BY:/s/ Vladislav Kachka
                                             VLADISLAV KACHKA
                                             SPEAR WILDERMAN, P.C.
                                             230 S. Broad Street, Ste. 1400
                                             Philadelphia, PA  19102
                                             (215) 732-0101
                                             (215) 732-7790
                                             vkachka@spearwilderman. com