**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNYSLVANIA**

In Re:

**MARGARET PIATKOWSKI**

                        **Chapter 13**

**Debtor**                              **Case No. 19-16887**

---

**WITHDRAW AND ENTRY OF APPEARANCE**

To the Clerk:

      Kindly withdraw my appearance on behalf of Margaret Piatkowski in the above referenced Chapter 13 case.

                        BY: /s/ Christopher G. Cassie
                            CHRISTOPHER G. CASSIE, ESQUIRE
                            SPEAR WILDERMAN, P.C.
                            230 S. Broad Street, Ste. 1400
                            Philadelphia, PA  19102
                            (215) 732-0101
                            (215) 732-7790
                            ccassie@spearwilderman.com

      Kindly enter my appearance on behalf of Margaret Piatkowski in the above referenced Chapter 13 case.

                        BY:/s/ Vladislav Kachka
                            VLADISLAV KACHKA
                            SPEAR WILDERMAN, P.C.
                            230 S. Broad Street, Ste. 1400
                            Philadelphia, PA  19102
                            (215) 732-0101
                            (215) 732-7790
                            vkachka@spearwilderman. com