**IN THE UNITED STATES BANKRUPTY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

          Chapter 13

MARGARET A. PIATKOWSKI
MARGARET A. ZINKE
Debtor           Case No.: 19-16887MDC

**CERTIFICATE OF SERVICE**

I, VLADISLAV KACHKA, Attorney for Debtor, hereby certify that on the 25th day of August , 2021, I did serve a copy of the Answer to Motion for Relief from the Automatic Stay of Bank of America on the following individuals.:

| | |
|---|---|
| William C. Miller, Esquire | Rebecca A. Solarz, Esquire |
| Chapter 13 Standing Trustee | KML Law Group, P.C. |
| P.O. Box 1229 | BNY Mellon Independence Center |
| Philadelphia, PA  19105 | 701 Market Street, Suite 5000 |
| | Philadelphia, PA  19106 |

Date: August 25, 2021

          BY:_/s/ Vladislav Kachka
          VLADISLAV KACHKA, EQUIRE
          SPEAR WILDERMAN, P.C.
          230 S. Broad Street, 14th Floor
          Philadelphia, PA  19102
          (215) 732-0101
          (215) 7342-7790 (fax)
          vkachka@spearwilderman.com
          Attorney for Debtor