*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Margaret A. Piatkowski
    Debtor(s)

Case No: 19–16887–mdc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

\*\*RESCHEDULED \*\*
Motion for Relief from Stay re: 3514 Sussex Lane, Philadelphia, PA 19114–1814. Filed by BANK OF AMERICA, N.A. Represented by REBECCA ANN SOLARZ

on: 9/14/21

at: 10:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 8/25/21

Timothy B. McGrath
Clerk of Court

51 – 45
Form 167