# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNYSLVANIA

**In Re:**

**MARGARET PIATKOWSKI**

          **Chapter 13**

**Debtor**          **Case No. 19-16887**

---

## WITHDRAW AND ENTRY OF APPEARANCE

To the Clerk:

    Kindly withdraw my appearance on behalf of Margaret Piatkowski in the above referenced Chapter 13 case.

    BY: /s/ Vladislav Kachka
VLADISLAV KACHKA, ESQUIRE
SPEAR WILDERMAN, P.C.
230 S. Broad Street, Ste. 1400
Philadelphia, PA  19102
(215) 732-0101
(215) 732-7790
vkachka@spearwilderman.com

    Kindly enter my appearance on behalf of Margaret Piatkowski in the above referenced Chapter 13 case.

    BY:/s/ Ashley M. Sullivan
ASHLEY M. SULLIVAN, ESQUIRE
SPEAR WILDERMAN, P.C.
230 S. Broad Street, Ste. 1400
Philadelphia, PA  19102
(215) 732-0101
(215) 732-7790
asullivan@spearwilderman. com