## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNYSLVANIA

In Re:

**MARGARET PIATKOWSKI**
    Debtor                                 Chapter 13

                                              Case No. 19-16887

**KENNETH E. WEST**
    Trustee

### CERTIFICATE OF SERVICE

I, Ashley M. Sullivan, Esquire of Spear Wilderman, P.C., hereby certify that the **Application for Compensation** was served on November 4, 2021, by First Class U.S. Mail to the following parties on the attached service list:

                                             BY: /s/ *Ashley M. Sullivan*
                                                       ASHLEY M. SULLIVAN, ESQUIRE
                                                       SPEAR WILDERMAN, P.C.
                                                       230 S. Broad Street, Ste. 1400
                                                       Philadelphia, PA  19102
                                                       (215) 732-0101
                                                       (215) 732-7790
                                                       asullivan@spearwilderman.com

Date: 11/4/21

## Service List
### Margaret Piatkowski  Case No19-16887-MDC

**Trustee:**
Kenneth E. West, Esquire
Chapter 13 Standing Trustee
P.O. Box 1229
Philadelphia, PA 19105

**Debtor**:
Ms. Margaret Piatkowski
3514 Sussex Lane
Philadelphia, PA 19114

**Creditors:**

Bank of America
390 Interlocken Crescent,
Suite 310
Broomfield, CO 80021

KML Law Group
701 Market Street
Suite 5000
Philadelphia, PA 19106

Water Revenue Bureau
1401 John F Kennedy Blvd
Room 580
Philadelphia, PA 19102