# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-16887-MDC

MARGARET A. PIATKOWSKI

3514 SUSSEX LANE

PHILADELPHIA, PA 19114-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    MARGARET A. PIATKOWSKI

    3514 SUSSEX LANE

    PHILADELPHIA, PA 19114-

Counsel for debtor(s), by electronic notice only.

    VLADISLAV KACHKA
    230 SOUTH BROAD ST., STE. 1400

    PHILADELPHIA, PA 19102-

Date: 11/8/2021

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee