**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>MARGARET A. PIATKOWSKI | Chapter 13 |
| Debtor | Bankruptcy No. 19-16887-MDC |

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

December 12, 2021

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
VLADISLAV KACHKA
230 SOUTH BROAD ST., STE. 1400

PHILADELPHIA, PA 19102-

Debtor:
MARGARET A. PIATKOWSKI

3514 SUSSEX LANE

PHILADELPHIA, PA 19114-