## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNYSLVANIA

In Re:

**MARGARET PIATKOWSKI**
    **Debtor**　　　　　　　　　　　　　　　　　　**Chapter 13**

　　　　　　　　　　　　　　　　　　　　　　　**Case No. 19-16887**


**KENNETH E. WEST**
    **Trustee**

## **CERTIFICATE OF NO RESPONSE**

I, Ashley M. Sullivan, Esquire of Spear Wilderman, P.C., hereby certify that I have not received any response to the **Application for Compensation** filed on November 4, 2021.


　　　　　　　　　　　　　　　　　　　　　BY:　/s/ *Ashley M. Sullivan*
　　　　　　　　　　　　　　　　　　　　　　　　ASHLEY M. SULLIVAN, ESQUIRE
　　　　　　　　　　　　　　　　　　　　　　　　SPEAR WILDERMAN, P.C.
　　　　　　　　　　　　　　　　　　　　　　　　230 S. Broad Street, Ste. 1400
　　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19102
　　　　　　　　　　　　　　　　　　　　　　　　(215) 732-0101
　　　　　　　　　　　　　　　　　　　　　　　　(215) 732-7790
　　　　　　　　　　　　　　　　　　　　　　　　asullivan@spearwilderman.com


Date: February 8, 2022