UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
|    Margaret A. Piatkowski, | : | |
|    Debtor. | : | Bankruptcy No. 19-16887-MDC |

# **O R D E R**

Upon consideration of the Application for Compensation and Reimbursement of Expenses dated November 4, 2021 (the "Application"),[1] of Ashley M. Sullivan of Spear Wilderman, P.C. (the "Applicant"), counsel for the Debtor.

**AND**, this Court entered an order dated December 12, 2021 (the "Dismissal Order"),[2] dismissing the above-captioned case.

**AND**, the Dismissal Order did not provide for this Court's retention of jurisdiction pursuant to 11 U.S.C. §349(b)(3) over any undistributed chapter 13 plan payments in the possession of the Trustee. *See, e.g., In re Lewis*, 346 B.R. 89 (Bankr. E.D. Pa. 2006); *In re Ragland*, Bky. No. 05-18142, 2006 WL 1997416, at *4 (Bankr. E.D. Pa. May 25, 2006).

It is hereby **ORDERED** that the Application is **DENIED**.

Dated: March 28, 2022

                                                    MAGDELINE D. COLEMAN
                                                  CHIEF U.S. BANKRUPTCY JUDGE

Christopher G. Cassie, Esquire
Ashley M. Sullivan, Esquire
Spear Wilderman, P.C.
230 South Broad Street, Suite 1400
Philadelphia, PA 19102

---

[1] Bankr. Docket No. 60.

[2] Bankr. Docket No. 66.

Kenneth E. West, Esquire
Chapter 13 Standing Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

United States Trustee
Custom House
200 Chestnut Street, Suite 502
Philadelphia, PA 19106