United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 19-16887-mdc

Margaret A. Piatkowski  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 2
Date Rcvd: Mar 28, 2022  Form ID: pdf900  Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Margaret A. Piatkowski, 3514 Sussex Lane, Philadelphia, PA 19114-1814 |
| cr | | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 28 2022 23:52:38 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 30, 2022  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2022 at the address(es) listed below:

**Name**            **Email Address**

ASHLEY M. SULLIVAN
    on behalf of Debtor Margaret A. Piatkowski asullivan@spearwilderman.com hbanks@spearwilderman.com

KENNETH E. WEST

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 28, 2022 | Form ID: pdf900 | Total Noticed: 3 |

ecfemails@ph13trustee.com  philaecf@gmail.com

REBECCA ANN SOLARZ
    on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :    Chapter 13
    Margaret A. Piatkowski,              :
        Debtor.                          :    Bankruptcy No. 19-16887-MDC

# O R D E R

Upon consideration of the Application for Compensation and Reimbursement of Expenses dated November 4, 2021 (the "Application"),[1] of Ashley M. Sullivan of Spear Wilderman, P.C. (the "Applicant"), counsel for the Debtor.

**AND**, this Court entered an order dated December 12, 2021 (the "Dismissal Order"),[2] dismissing the above-captioned case.

**AND**, the Dismissal Order did not provide for this Court's retention of jurisdiction pursuant to 11 U.S.C. §349(b)(3) over any undistributed chapter 13 plan payments in the possession of the Trustee. *See, e.g., In re Lewis*, 346 B.R. 89 (Bankr. E.D. Pa. 2006); *In re Ragland*, Bky. No. 05-18142, 2006 WL 1997416, at *4 (Bankr. E.D. Pa. May 25, 2006).

It is hereby **ORDERED** that the Application is **DENIED**.

Dated: March 28, 2022

                                            MAGDELINE D. COLEMAN
                                            CHIEF U.S. BANKRUPTCY JUDGE

Christopher G. Cassie, Esquire
Ashley M. Sullivan, Esquire
Spear Wilderman, P.C.
230 South Broad Street, Suite 1400
Philadelphia, PA 19102

---

[1] Bankr. Docket No. 60.

[2] Bankr. Docket No. 66.

Certificate of Notice    Page 4 of 4

Case 19-16887-mdc    Doc 70    Filed 03/30/22    Entered 03/31/22 00:30:16    Desc Imaged
Certificate of Notice    Page 4 of 4

Kenneth E. West, Esquire
Chapter 13 Standing Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

United States Trustee
Custom House
200 Chestnut Street, Suite 502
Philadelphia, PA 19106